In the Matter of Acquiring Title to PUBLIC PARK Located between Beach Channel Drive and the U. S. Bulkhead Line of Jamaica Bay, and between Lines Which Are Approximate Prolongations of the Westerly Sides of Beach 116th and Beach 124th Streets, in the Borough of Queens. SAMUEL FRANK, Appellant, Respondent; CITY OF NEW YORK, Respondent, Appellant; ROCKAWAY PARK YACHT CLUB, INC., and HELEN C. ORMOND, Respondents.— In a condemnation proceeding, order entered on motion to determine the validity and priority of various claims or liens affecting the award for damage parcels 9 to 13, inclusive, and for other relief, modified on the law as follows: 1. By striking out subdivision (1) of the first ordering paragraph and subdivision (1) of the second ordering paragraph and in place thereof inserting a provision that taxes and penalties be computed to the date of payment of the taxes. 2. By striking from subdivision (3) of the first ordering paragraph the words, " To the Treasurer of The City of New York pending further order of this Court," and substituting in place thereof the words, " To Samuel Frank, the second mortgagee," and by striking from said subdivision the figures " $64,877.99 " and substituting in place thereof the figures " $70,000." As so modified, the order, in so far as appealed from, is affirmed, with ten dollars costs and disbursements to appellant Frank, payable by respondent-appellant City of New York. (See *Matter of City of New York* [*Rockaway Beach*], 288 N. Y. 51.) Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur. Settle order on notice. [See *post*, p. 794.]

ARTHUR JAMES, as Administrator, etc., of RICHARD JAMES, Deceased, Appellant, v. METROPOLITAN JOCKEY CLUB, INC., Respondent.— In an action to recover damages for the death of plaintiff's intestate, based upon the defendant's alleged violation of section 483 of the Penal Law (endangering life or health of child), a verdict was rendered in favor of defendant. Judgment unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Johnston, Adel and Taylor, JJ.

NATHAN D. JANOFF, Respondent, v. TAFT HOLDING CORPORATION, Appellant, and Others, Defendants.— In an action to foreclose a tax lien, the answer of the appellant-owner denied the allegation of the complaint that the notice to redeem, required by the statute to be served, was served. The action was tried in the County Court of Nassau County and judgment of foreclosure was entered in favor of the plaintiff. The owner appeals. Judgment of the County Court of Nassau County reversed on the facts and a new trial ordered, with costs to abide the event. The statute (Charter of the City of Long Beach, Laws of 1933, chap. 594) provides that service by mail is good service and that mailing may be evidenced by the postmaster's receipt. The proof here does not show what, if anything, was contained in the registered mail, the delivery of which was proved by the postmaster's receipts in evidence. For the purposes of a new trial all findings of fact and conclusions of law are reversed. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur.